DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DUNCAN JASON SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-951

[August 24, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2010-CF-007004-AXXX-MB.

Duncan Jason Smith, Madison, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***